# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1462. E. ISAIAH KING v. WINDWARD MARKET CORPORATION.

This dispossessory action began in magistrate court. The magistrate court awarded Windward Market Corporation a writ of possession against the defendants, Atlanta Philanthropic Foundation and E. Isaiah King. The defendants appealed to the state court. On February 23, 2023, the state court entered an order granting the defendants' attorney's request to withdraw, ordering the defendants to pay rent in the amount of $1,723 per month into the court's registry, and setting the bench trial for March 24, 2023. King then filed a pro se notice of appeal on March 3, 2023. We, however, lack jurisdiction.

As a general rule, a right of direct appeal only lies from a final judgment — that is, where the case is no longer pending below. See OCGA § 5-6-34 (a) (1). Here, the orders issued by the state court did not resolve the action, which remains pending in that court. Accordingly, King was required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) — including obtaining a certificate of immediate review — in order to obtain appellate review. See *Pace Constr. Corp. v. Northpark Assoc.*, 215 Ga. App. 438, 439-440 (450 SE2d 828) (1994). His failure to do so deprives us of jurisdiction over this appeal.

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  05/24/2023*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*